**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| ADAM SINGLETON, JR., | ) | Civil Action No.: 2:23-CV-5757-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOWE'S HOME CENTERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>PLAINTIFF'S EXPERT DISCLOSURES</u>**

Plaintiff, ADAM SINGLETON, JR., through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 26 and the Court's scheduling order for this case, hereby files and serves his expert testimony disclosures. Plaintiff discloses the following witnesses who Plaintiff will call at trial to present evidence and testimony under Federal Rules of Evidence 702, 703, or 705.

<u>Rule 26(a)(2)(B)—Witnesses Who Must Provide a Written Report</u>

1.      Richard T. Murray, P.E., 1201 Peachtree Street NE, Suite 1000, Atlanta, GA 30361, (800) 813-6736. Plaintiff will call Mr. Murray to present evidence and testimony consistent with his written report and findings. Plaintiff will also call Mr. Murray to evaluate and comment on any purported evidence and testimony disclosed by Defendant or intended to be used by Defendant at trial and which lie within the scope of his qualifications and expertise. Mr. Murray's Rule 26 disclosure materials are served on Defendant and Defendant's counsel contemporaneously herewith.

2.      Dr. Anika Goodwin, M.D., 212 Stamm Drive, Greensboro, NC 27455, (336) 523-6892. Plaintiff will call Dr. Goodwin to present evidence and testimony consistent with her written

1

report and findings. Plaintiff will also call Dr. Goodwin to evaluate and comment on any purported evidence and testimony disclosed by Defendant or intended to be used by Defendant at trial and which lie within the scope of her qualifications and expertise. Dr. Goodwin's Rule 26 disclosure materials are served on Defendant and Defendant's counsel contemporaneously herewith. In the previous ten years, Dr. Goodwin authored or co-authored the following publications:

- Goodwin, AS. (2019). The Handbook of Eye Emergencies: Your At Home Guide to Common Eye Issues. Kindle Direct Publishing.

- Goodwin, AS. "Emergency Ocular Telehealth Services." A Practical Guide to Emergency Telehealth, Neal Sikka, Oxford, 2022, 130-135.

3. Dr. Marshall Allyn White, M.D., 1470 Ben Sawyer Boulevard, Suite 8, Mount Pleasant, SC 29464. Plaintiff will call Dr. White to present evidence and testimony consistent with his written report and findings. Plaintiff will also call Dr. White to evaluate and comment on any purported evidence and testimony disclosed by Defendant or intended to be used by Defendant at trial and which lie within the scope of his qualifications and expertise. Dr. White's Rule 26 disclosure materials are served on Defendant and Defendant's counsel contemporaneously herewith.

4. All unobjectionable witnesses who are timely and properly disclosed by Defendant. At this time, Plaintiff does not know the identity of any such witness or the purported qualifications, opinions, or testimony of any such witness. Plaintiff therefore reserves the right to limit or exclude any witness disclosed by any Defendant.

<u>Rule 26(a)(2)(C)—Witnesses Who Do Not Provide a Written Report</u>

5. Dr. Eliza Barnwell, M.D., 171 Ashley Ave., Charleston, SC 29425, (843) 792-1414. Plaintiff will call Dr. Barnwell to offer opinions and testimony about the injuries Plaintiff

sustained, the medical cause and etiology of Plaintiff's injuries, her examination and treatment of Plaintiff's injuries, and complications associated with Plaintiff's injuries. Plaintiff anticipates that Dr. Barnwell will testify consistent with her findings, impressions, statements, diagnoses, and recommendations contained in her medical records for Plaintiff, including that Plaintiff sustained blunt force trauma with anterior lens dislocation of the left eye due to pressure washer "explosion" on 4/23/2023, retinal detachment in the left eye, a dislocated lens abutting endothelium with diffuse corneal edema in the left eye, surgical removal of left eye lens on 4/26/2023 with anterior vitrectomy, aphakia of the left eye, surgical repair of complex retinal detachment in the left eye, and post-surgical complications. Plaintiff will also call Dr. Barnwell to offer opinions and testimony on any related expert opinions and testimony to be disclosed by Defendant and which lies within the scope of her qualifications and expertise. Dr. Barnwell's opinions and testimony will be based on her observations, examination, and treatment of Plaintiff, review of Plaintiff's medical and treatment records, and Dr. Barnwell's professional qualifications, including her medical education, training, and experience.

6.     Dr. Emil Say, M.D., 171 Ashley Ave., Charleston, SC 29425, (843) 792-1414. Plaintiff will call Dr. Say to offer opinions and testimony about the injuries Plaintiff sustained, the medical cause and etiology of Plaintiff's injuries, his examination and treatment of Plaintiff's injuries, and complications associated with Plaintiff's injuries. Plaintiff anticipates that Dr. Say will testify consistent with his findings, impressions, statements, diagnoses, and recommendations contained in his medical records for Plaintiff, including that Plaintiff sustained blunt force trauma with anterior lens dislocation of the left eye due to pressure washer "explosion" on 4/23/2023, retinal detachment in the left eye, a dislocated lens abutting endothelium with diffuse corneal edema in the left eye, surgical removal of left eye lens on 4/26/2023 with anterior vitrectomy,

aphakia of the left eye, surgical repair of complex retinal detachment in the left eye, and post-surgical complications. Dr. Say is further expected to testify that Plaintiff requires additional surgical repair to his right eye orbital floor reconstruction. Plaintiff will also call Dr. Say to offer opinions and testimony on any related expert opinions and testimony to be disclosed by Defendant and which lies within the scope of his qualifications and expertise. Dr. Say's opinions and testimony will be based on his observations, examination, and treatment of Plaintiff, review of Plaintiff's medical and treatment records, and Dr. Say's professional qualifications, including his medical education, training, and experience.

7.      Dr. Sarah Marrone, M.D., 501 Robertson Blvd., Walterboro, SC 29488, (843) 782-2000. Plaintiff will call Dr. Marrone to offer opinions and testimony about the injuries Plaintiff sustained, the medical cause and etiology of Plaintiff's injuries, her examination and treatment of Plaintiff's injuries, and complications associated with Plaintiff's injuries. Plaintiff anticipates that Dr. Marrone will testify consistent with her findings, impressions, statements, diagnoses, and recommendations contained in her records for Plaintiff, including that Plaintiff sustained a pressure washer injury to his left eye on 4/23/2023 that caused Plaintiff to lose vision in his left eye and suffer headaches, throbbing eye pain, and nausea. Plaintiff will also call Dr. Marrone to offer opinions and testimony on any related expert opinions and testimony to be disclosed by Defendant and which lies within the scope of her qualifications and expertise. Dr. Marrone's opinions and testimony will be based on her observations, examination, and treatment of Plaintiff, review of Plaintiff's medical and treatment records, and Dr. Marrone's professional qualifications, including her education, training, and experience.

8.      Dr. Curtis D. Stokes, M.D., 107 Church St., Walterboro, SC 29488, (843) 549-1558. Plaintiff will call Dr. Stokes to offer opinions and testimony about the injuries Plaintiff

4

sustained, the medical cause and etiology of Plaintiff's injuries, her examination and treatment of Plaintiff's injuries, and complications associated with Plaintiff's injuries. Plaintiff anticipates that Dr. Stokes will testify consistent with his findings, impressions, statements, diagnoses, and recommendations contained in his records for Plaintiff, including that Plaintiff sustained a pressure washer injury to his left eye that caused him to lose vision in that eye, Plaintiff did not suffer from headaches prior to the incident but suffers from headaches now, Plaintiff suffers from blindness of the left eye, headaches, and unsteadiness, and that Plaintiff's headache symptoms certainly can be attributed to Plaintiff's loss of vision in the left eye. Plaintiff will also call Dr. Stokes to offer opinions and testimony on any related expert opinions and testimony to be disclosed by Defendant and which lies within the scope of his qualifications and expertise. Dr. Stokes' opinions and testimony will be based on her observations, examination, and treatment of Plaintiff, review of Plaintiff's medical and treatment records, and Dr. Stokes' professional qualifications, including her education, training, and experience.

9.     All unobjectionable witnesses who are timely and properly disclosed by Defendants. At this time, Plaintiff does not know the identity of any such witness or the purported qualifications, opinions, or testimony of any such witness. Plaintiff therefore reserves the right to limit or exclude any witness disclosed by any Defendant.

<u>Reservation of Rights</u>

Plaintiff reserves the right to amend or supplement these expert disclosures as permitted by Federal Rule of Civil Procedure 26(e) or otherwise by Court order.

5

Dated:  August 29, 2024                    Respectfully submitted,

                                           /s/ *Alan Belcher*
                                           Alan Belcher, Esq.
                                           Federal Bar No. 9342
                                           Morgan & Morgan
                                           4401 Belle Oaks Drive, 3rd Floor
                                           North Charleson, SC 29405
                                           Telephone: (843) 973-5975
                                           Email: abelcher@forthepeople.com

                                           /s/ *Steven E. Nauman*
                                           Steven E. Nauman, Esq.
                                           Florida Bar No. 106126 (admitted *pro hac vice*)
                                           Morgan & Morgan
                                           20 N. Orange Avenue, Suite 1600
                                           Orlando, FL 32801
                                           Telephone: (407) 244-3962
                                           Email: snauman@forthepeople.com

                                           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 29, 2024, the foregoing document was electronically filed with the Clerk of Court for the District of South Carolina, Charleston Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                           /s/ *Alan Belcher, Esq.*
                                           Morgan & Morgan
                                           4401 Belle Oaks Drive, 3rd Floor
                                           North Charleson, SC 29405
                                           Telephone: (843) 973-5975
                                           Email: abelcher@forthepeople.com
                                           *Attorney for Plaintiff*

6