UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
Civil Action No. 2:23-cv-05757-BHH

| | |
|---|---|
| ADAM SINGLETON, JR.,       ) | |
|          ) | |
|     Plaintiff,     ) | |
|          ) | |
| v.          ) | **DEFENDANT'S EXPERT WITNESSES DISCLOSURES** |
|          ) | |
| LOWE'S HOME CENTERS, LLC,    ) | |
|          ) | |
|     Defendant.     ) | |
| _____) | |

Pursuant to the applicable scheduling order and Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendant discloses the following experts:

Charles G. Shissias, MD
Trident Health System
9330 Medical Plaza Drive
North Charleston, South Carolina 29406
(843) 797-7000

Christopher D. Cassino, PE, CFEI
Lauren R. Eichaker, Ph.D., CAISS
An D. Mguyen, Ph.D
S-E-A, Ltd.
795 Cromwell Park Drive, Suite N
Glen Burnie, Maryland 21061
(800) 635-9507

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), defense counsel will serve other counsel with a copy of Dr. Shissias, and S-E-A, Ltd.'s written reports, curriculum vitaes, listings of cases of testimony provided at trial or at deposition, and fees.

TURNER PADGET

s/David S. Cobb
David S. Cobb (Federal ID No. 6006)
Post Office Box 22129
Charleston, South Carolina 29413-2129
Direct:  (843) 576-2803
Fax:  (843) 577-1629
Charleston, South Carolina          dcobb@turnerpadget.com

October 29, 2024          ATTORNEYS FOR DEFENDANT