## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| ADAM SINGLETON, JR., | ) | Civil Action No.: 2:23-CV-5757-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOWE'S HOME CENTERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S DISCLOSURE OF SUPPLEMENTAL AND REBUTTAL REPORT OF RICHARD T. MURRAY, P.E.

Plaintiff, ADAM SINGLETON, JR., through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 26, hereby serves notice of disclosure of the supplemental and rebuttal report of Richard T. Murray, P.E. Plaintiff's counsel certifies that a true and correct copy of Mr. Murray's supplemental and rebuttal report has been contemporaneously served on Defendant and its counsel.

Dated:  December 2, 2024

Respectfully submitted,

/s/ *Alan Belcher*
Alan Belcher, Esq.
Federal Bar No. 9342
Morgan & Morgan
4401 Belle Oaks Drive, 3rd Floor
North Charleson, SC 29405
Telephone: (843) 973-5975
Email: abelcher@forthepeople.com

/s/ *Steven E. Nauman*
Steven E. Nauman, Esq.
Florida Bar No. 106126 (admitted *pro hac vice*)
Morgan & Morgan
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Email: snauman@forthepeople.com
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on December 2, 2024, the foregoing document was electronically filed with the Clerk of Court for the District of South Carolina, Charleston Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Alan Belcher, Esq.*
Morgan & Morgan
4401 Belle Oaks Drive, 3rd Floor
North Charleson, SC 29405
Telephone: (843) 973-5975
Email: abelcher@forthepeople.com
*Attorney for Plaintiff*