## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| ADAM SINGLETON, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOWE'S HOME CENTERS, LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 2:23-CV-5757-BHH |

### PLAINTIFF'S MOTION TO REINSTATE ACTION

Plaintiff, Adam Singleton, Jr., through his undersigned counsel and pursuant to the Court's December 15, 2025 Order (ECF No. 80), hereby moves to reinstate this action due to Defendant's failure to consummate the settlement as required. In support thereof, Plaintiff states:

1. This case arises out of the severe and permanent injuries Plaintiff suffered when a defective "Greenworks" model GPW 1803 1800 psi pressure washer sold by Defendant blew apart at its spray gun / hose connection when he was using it. On November 10, 2023, Plaintiff filed this action against Defendant to recover for his injuries.

2. On December 4, 2025, the parties reached a settlement of their dispute. An essential term of the parties' settlement required Defendant to pay the agreed-upon settlement amount within sixty (60) days—the deadline for Plaintiff to receive the settlement funds from Defendant was February 2, 2026.

3. To date, and despite substantial effort by Plaintiff's counsel to consummate the settlement, Defendant has failed to pay the settlement amount owed. Defendant is therefore in breach of the parties' settlement agreement.

4.	Accordingly, Plaintiff asks that this action be reinstated so Plaintiff can move to enforce the parties' settlement and have judgment entered against Defendant for the full settlement amount so Plaintiff can commence collection.

**WHEREFORE**, Plaintiff, Adam Singleton, Jr., respectfully requests that the Court enter an Order reinstating this action and directing such further relief as the Court deems appropriate.

Dated:  February 17, 2026				Respectfully submitted,


						/s/ *Cooper Klaasmeyer*
						Cooper Klaasmeyer, Esq.
						Federal Bar No. 14272
						Morgan & Morgan
						4401 Belle Oaks Drive, 3rd Floor
						North Charleson, SC 29405
						Telephone: (843) 973-5438
						Email: cooper.klaasmeyer@forthepeople.com

						/s/ *Steven E. Nauman*
						Steven E. Nauman, Esq.
						Florida Bar No. 106126 (admitted *pro hac vice*)
						Morgan & Morgan
						20 N. Orange Avenue, Suite 1600
						Orlando, FL 32801
						Telephone: (407) 244-3962
						Email: snauman@forthepeople.com
						*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 17, 2026, the foregoing document was electronically filed with the Clerk of Court for the District of South Carolina, Charleston Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Cooper Klaasmeyer*
Cooper Klaasmeyer, Esq.
Federal Bar No. 14272
Morgan & Morgan
4401 Belle Oaks Drive, 3rd Floor
North Charleson, SC 29405
Telephone: (843) 973-5438
Email: cooper.klaasmeyer@forthepeople.com