UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(CHARLESTON DIVISION)

| | | |
|---|---|---|
| ADAM SINGLETON, JR., | ) | |
| *Plaintiff*, | ) | Case No. 2:23-cv-5757-BHH |
| | ) | |
| v. | ) | |
| | ) | |
| LOWE'S HOME CENTERS, LLC and | ) | |
| GREENWORKS HOLDING, INC., | ) | |
| *Defendant*. | ) | |
| | ) | |

**RESPONSE OF DEFENDANT, LOWE'S HOME CENTERS, LLC,
TO PLAINTIFF'S MOTION TO REINSTATE ACTION**

Defendant, Lowe's Home Centers, LLC ("Lowe's), through its counsel, responds to Plaintiff's Motion to Reinstate Action:

1. Denied as stated. Lowe's admits that Plaintiff filed this action on or about November 10, 2023.

2. Denied as stated. Lowe's admits that Greenworks North America ("Greenworks") and Plaintiff reached a resolution of this matter, including resolution of Plaintiff's claims against Lowe's, on or about December 4, 2025. While Greenworks, on behalf of Lowe's, agreed to pay the settlement within 60 days, that payment was contingent upon receipt of an executed Release. Plaintiff did not supply an executed Release until February 19, 2026, after the filing of the present Motion.

3.    Denied.  Lowe's denies it is in breach of the parties' agreement.  By way of further response, Plaintiff, Greenworks and related third parties continued to modify the terms of the settlement, which was only finalized upon receipt of an executed Release on February 19, 2026, *after* Plaintiff filed the present Motion.  A timeline of relevant events is set forth below:

- December 4, 2025:  Counsel for the parties meet and reach an agreement to resolve this matter.

- December 18, 2025:  Plaintiff revised the terms of the settlement and advised for the first time that he would be structuring the settlement.  This required extensive revisions to the Release and the involvement of third parties on behalf of both Plaintiff and Lowe's to finalize the terms of the Release and the manner of payment.  Plaintiff's counsel advised that their structure representatives "have release language that will need to be included in the settlement agreement and funding instructions. . . ."

- January 5, 2026:  After follow-up requests from Lowe's counsel, Plaintiff's structured settlement consultant provides the necessary language to be included in the Release to set forth the terms of the structured settlement.  Upon receipt of this new language, the revised draft Release was forwarded for Plaintiff's structured settlement consultant and the insurance carrier responsible for paying the settlement to finalize the terms.

- February 12, 2026:  Plaintiff's structured settlement consultant and the insurance carrier finalized the terms of the Release.  Plaintiff's structured settlement consultant advised that the Release would be circulated for signature.

- February 17, 2026:  Plaintiff filed the present Motion (without having supplied an executed Release).

- February 19, 2026:  Plaintiff supplied the executed Release.

As the Release formalized the agreement of the parties and sets forth the manner of payment, neither Greenworks nor the involved carrier was in a position to make any of the settlement payments to settle the claims against Lowe's until the Release was finalized and executed. Experienced Plaintiff's counsel should be well aware of this. Now that the Release has been executed, Lowe's counsel is working with Greenworks' carrier to fund the settlement as described in the Release. The carrier has advised that the settlement payments as described in the Release will be paid starting no later than the end of this month.

4.  In light of the above, Lowe's respectfully requests that this Court deny Plaintiff's Motion. Plaintiff has only recently (i.e. after the filing of this Motion) supplied an executed Release. Lowe's is not responsible for any delay and should not be penalized for any delay caused by Plaintiff and Greenworks' carrier, which are outside of Lowe's control. Greenworks' carrier is working to issue the settlement payments described in the executed Release and will do so in a timely manner.

**TURNER PADGETT**

s/David S. Cobb
David S. Cobb (Federal ID No. 6006)
Post Office Box 22129
Charleston, South Carolina 29413
Direct: (843) 576-2803
Fax: (843) 577-1629
dcobb@turnerpadget.com

**BOWMAN AND BROOKE LLP**
Dennis P. Ziemba (*Pro Hac Vice*)
Two Penn Center
1500 John F. Kennedy Boulevard
Suite 610
Philadelphia, PA 19102
Direct: (267) 908-6845
Dennis.Ziemba@bowmanandbrooke.com

Dated:      March 3, 2026