# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| ADAM SINGLETON, JR., ) | Civil Action No.: 2:23-CV-5757-BHH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LOWE'S HOME CENTERS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO REINSTATE ACTION

Plaintiff, Adam Singleton, Jr., hereby replies to Defendant's Response to Plaintiff's Motion to Reinstate Action (ECF No. 84), filed on March 3, 2026:

1. Defendant's response is largely inaccurate. On December 4, 2025, the parties held a settlement conference and reached a settlement. The essential terms of the settlement included execution of a release and payment of the settlement amount to Plaintiff within sixty (60) days of December 4, 2025. (*See* Exhibit A).

2. While the parties initially worked on the terms of the release, it became apparent Defendant would not provide a release to Plaintiff to sign within a reasonable time.

3. On January 8, 2026, Plaintiff's counsel emailed Defendant's counsel inquiring about the status of the release.

4. Having received no release, on January 12, 2026, Plaintiff's counsel emailed Defendant's counsel a second time inquiring about the release.

5. Having still received no release, on January 28, 2026, Plaintiff's counsel emailed Defendant's counsel a third time inquiring about the release.

1

6.       Having still received no release, on February 6, 2026, Plaintiff's counsel emailed Defendant's counsel a fourth time inquiring about the release and informing Defendant that Plaintiff would file a motion to reinstate the action if the settlement funds are not promptly paid.

7.       Having still received no release, on February 17, 2026, Plaintiff filed his motion to reinstate the action due to Defendant's breach of the settlement. (ECF No. 83).

8.       The next day, on February 18, 2026, Defendant for the first time provided a release to Plaintiff.[1]

9.       On February 19, 2026, Plaintiff returned the executed release to Defendant.

10.     To date, Defendant has not paid the settlement amount as required by the parties' agreement.

11.     Notwithstanding, Defendant and its counsel now affirm in Defendant's response that the settlement funds will be paid by the end of this month. (ECF No. 84, p. 3).

12.     It is Plaintiff's preference for the parties' settlement to be consummated as originally agreed and without further litigation. Plaintiff therefore respectfully requests that the Court abate ruling on Plaintiff's Motion to Reinstate Action until after April 3, 2026 based on Defendant's and its counsel's representation that the settlement funds will have been paid by this time. If the settlement funds are not paid by this date, Plaintiff will file a notice advising the Court of this fact on April 6, 2026.

13.     Plaintiff hopes the next paper he files with the Court is a stipulation of dismissal. But if it is not, Plaintiff reserves the right to enforce the terms of the parties' settlement and seek

---

[1]    Defendant noticeable omits this date from its recitation of events. (*See* ECF No. 84. p. 2).

recovery of all attorneys' fees, costs, and interest he incurred by Defendant's unreasonable multiplication of these proceedings.

**WHEREFORE**, Plaintiff, Adam Singleton, Jr., respectfully requests that the Court abate ruling on Plaintiff's Motion to Reinstate Action until after April 3, 2026 and directing such further relief as the Court deems appropriate.

Dated:  March 10, 2026                              Respectfully submitted,

/s/ *Cooper Klaasmeyer*
Cooper Klaasmeyer, Esq.
Federal Bar No. 14272
Morgan & Morgan
4401 Belle Oaks Drive, 3rd Floor
North Charleson, SC 29405
Telephone: (843) 973-5438
Email: cooper.klaasmeyer@forthepeople.com

/s/ *Steven E. Nauman*
Steven E. Nauman, Esq.
Florida Bar No. 106126 (admitted *pro hac vice*)
Morgan & Morgan
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Email: snauman@forthepeople.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on March 10, 2026, the foregoing document was electronically filed with the Clerk of Court for the District of South Carolina, Charleston Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

            /s/ *Cooper Klaasmeyer*
            Cooper Klaasmeyer, Esq.
            Federal Bar No. 14272
            Morgan & Morgan
            4401 Belle Oaks Drive, 3rd Floor
            North Charleson, SC 29405
            Telephone: (843) 973-5438
            Email: cooper.klaasmeyer@forthepeople.com