**Outlook**

## Singleton v. Lowe's, Case No. 2:23-cv-5757, Settlement

**From** Steven Nauman <snauman@forthepeople.com>
**Date** Thu 12/4/2025 3:58 PM
**To** Dennis Ziemba <dennis.ziemba@bowmanandbrooke.com>
**Cc** Mike Morgan <MMorgan@forthepeople.com>; Albert Lechner <alechner@forthepeople.com>; David Rivera <david.rivera@forthepeople.com>; Cobb, David S. <dcobb@turnerpadget.com>

📎 1 attachment (38 KB)
Singleton v Lowe's - Notice of Settlement.docx;

Dennis, very nice meeting with you and Patrick today and we hope you have a safe return home.

To memorialize our meeting, the parties agree to settle this case for ▓▓▓▓▓▓▓▓. Terms of this settlement include execution of a release, confidentiality, non-disparagement, and payment of the settlement amount to be made within 60 days.

Please confirm agreement to the above on behalf of Lowe's.

I've also attached a notice of settlement to be filed with the Court. Please let me know if I have your permission to file with the signatures affixed.

Thank you.

**Steven Nauman**
**Attorney**
My Bio

**T:** (407) 244-3962
**F:** (407) 204-2228
20 North Orange Avenue, Suite 1600,
Orlando, FL 32801





$25B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.