## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| ADAM SINGLETON, JR., | ) | Civil Action No.: 2:23-CV-5757-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOWE'S HOME CENTERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Adam Singleton, Jr., and Defendant, Lowe's Home Centers, LLC, through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulated to the dismissal of this action with prejudice and with the parties to bear their own attorneys' fees, costs, and expenses.

Dated:  March 19, 2026

Respectfully submitted,

/s/ *Cooper Klaasmeyer*
Cooper Klaasmeyer, Esq.
Federal Bar No. 14272
Morgan & Morgan
4401 Belle Oaks Drive, 3rd Floor
North Charleson, SC 29405
Telephone: (843) 973-5438
Email: cooper.klaasmeyer@forthepeople.com

/s/ *David S. Cobb*
David S. Cobb (Federal ID No. 6006)
TURNER PADGET
Post Office Box 22129
Charleston, South Carolina 29413-2129
Direct: (843) 576-2803
Fax: (843) 577-1629
dcobb@turnerpadget.com

/s/ *Steven E. Nauman*
Steven E. Nauman, Esq.
Florida Bar No. 106126 (*pro hac vice*)
Morgan & Morgan
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Email: snauman@forthepeople.com

/s/ *Dennis P. Ziemba*
Dennis P. Ziemba
Attorney ID No. 76098 (*pro hac vice*)
Bowman and Brooke LLP
123 S. Broad Street, Suite 1512
Philadelphia, PA 19109
Telephone: (267) 908-6845
Email: dennis.ziemba@bowmanandbrooke.com

*Attorneys for Plaintiff*

*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on March 19, 2026, the foregoing document was electronically filed with the Clerk of Court for the District of South Carolina, Charleston Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Cooper Klaasmeyer*
Cooper Klaasmeyer, Esq.
Federal Bar No. 14272
Morgan & Morgan
4401 Belle Oaks Drive, 3rd Floor
North Charleson, SC 29405
Telephone: (843) 973-5438
Email: cooper.klaasmeyer@forthepeople.com

2